**Order entered July 2, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00894-CV

### ERIC DRAKE, Appellant

### V.

### KRISTINA KASTL, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-09-01374-E**

## ORDER

We **REINSTATE** this appeal.

Appellant shall file his brief on or before **August 1, 2014**.

/s/      ADA BROWN
         JUSTICE